IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIKE BAZLEY,

    Plaintiff,                                 No. CIV S-07-0114 FCD GGH PS

    vs.

COUNTY OF SACRAMENTO, et al.,                            ORDER

    Defendants.

_____/

        Plaintiff, proceeding in this action pro se, has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. This case is referred to this court pursuant to E. D. Cal. L. R. 72-302(c)(21) and 28 U.S.C. § 636(b)(1).

        Plaintiff has submitted an affidavit making the showing required by 28 U.S.C. § 1915(a)(1).[1] Accordingly, the request to proceed in forma pauperis will be granted.

        The determination that plaintiff may proceed in forma pauperis does not complete the required inquiry. Pursuant to 28 U.S.C. § 1915(e)(2), the court is directed to dismiss the case

---

[1] Plaintiff states that he was last employed January 2005, making an hourly wage of $9.00; that he has not received money from any other source within the past 12 months; and that he has no cash or checking or savings account, nor does he have any tangible asserts.

1

at any time if it determines the allegation of poverty is untrue, or the action is frivolous or malicious, fails to state a claim on which relief may be granted, or seeks monetary relief against an immune defendant. None of these factors appear to be present upon an initial review of the complaint. Plaintiff asserts violation of his civil rights under 42 U.S.C. §§ 1983 and 1988, and state law, including assault and battery, by Sacramento County Deputy Sheriffs; plaintiff represents that he has exhausted administrative remedies. Accordingly, the court will direct service of the complaint by the U.S. Marshall.

Good cause appearing, IT IS ORDERED that:

1. The Clerk of the Court is directed to issue forthwith, and the U.S. Marshal is directed to serve within ninety days of the date of this order, all process pursuant to Fed. R. Civ. P. 4, including a copy of this court's status order, without prepayment of costs.

2. The Clerk of the Court shall send plaintiff six USM-285 forms, one summons, a copy of the complaint, an appropriate form for consent to trial by a magistrate judge, and this court's status order.

3. Plaintiff is directed to supply the U.S. Marshal, within 15 days from the date this order is filed, all information needed by the Marshal to effect service of process. The court anticipates that, to effect service, the U.S. Marshal will require at least:

   a. One completed summons;

   b. One completed USM-285 form for each defendant;

   c. A copy of the endorsed filed complaint for each defendant, with an extra copy for the U.S. Marshal; and

   d. A copy of this court's status order for each defendant.

4. In the event the U.S. Marshal is unable, for any reason whatsoever, to effectuate service on any defendant within 90 days from the date of this order, the Marshal is directed to report that fact, and the reasons for it, to the undersigned.

5. The Clerk of the Court is directed to serve a copy of this order on the U.S.

1 | Marshal, 501 "I" Street, Sacramento, CA, 95814, Tel. No. 916- 930-2030.

2 | DATED: 2/2/07

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
U. S. MAGISTRATE JUDGE

5 | GGH5:bazley0114.ifp