IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIKE BAZLEY,

        Plaintiff,                         No. CIV S-07-0114 FCD GGH PS

    vs.

COUNTY OF SACRAMENTO,               <u>ORDER</u>
et al.,

        Defendants.

_____/

        On June 19, 2007, defendants notified this court that the parties have reached a settlement of this action.  E. D. Cal. L. R. 16-160(a).  Accordingly, the parties are HEREBY ORDERED to file final settlement documents on or before Monday, July 9, 2007.  E. D. Cal. L. R. 16-160(b).

DATED:  6/25/07

                                      /s/ Gregory G. Hollows

                                     _____
                                     GREGORY G. HOLLOWS
                                     U. S. MAGISTRATE JUDGE

GGH5:bazley0114.sett