1  RANDOLPH, CREGGER & CHALFANT LLP
   ROBERT L. CHALFANT, State Bar No. 203051
2  1030 G Street
   Sacramento, California 95814
3  Telephone: (916) 443-4443
   Facsimile:  (916) 443-2124
4
   Attorneys for Defendants
5  COUNTY OF SACRAMENTO, SACRAMENTO
   COUNTY SHERIFF'S DEPARTMENT, SHERIFF
6  JOHN P. McGINNESS, DEPUTY SHERIFF C.
   BRITTON, DEPUTY SHERIFF M. L. WHITE
7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 MIKE BAZLEY,                              No. 2:07-CV-0114 FCD GGH PS

12         Plaintiff,                        **STIPULATION OF DISMISSAL**

13    vs.

14 COUNTY OF SACRAMENTO, SACRAMENTO
   COUNTY SHERIFF'S DEPT., SHERIFF JOHN P.
15 McGINNESS, DEPUTY SHERIFF C. BRITTON
   #440, DEPUTY SHERIFF M. L. WHITE #605 and
16 DOES I through X inclusive,

17         Defendants.
                                        /
18

19

20     IT IS HEREBY STIPULATED by and between the parties to this action that the above-

21 captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1). Each party

22 is to bear its own costs and attorneys' fees.

23

24

25 Dated: June 22, 2007              /s/ Mike Bazley

26                                  MIKE BAZLEY

**Randolph Cregger & Chalfant**

1

STIPULATION OF DISMISSAL

Dated: June 22, 2007                    RANDOLPH CREGGER & CHALFANT LLP

/s/ Robert L. Chalfant
ROBERT L. CHALFANT
Attorneys for Defendants COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, SHERIFF JOHN P. McGINNESS, DEPUTY SHERIFF C. BRITTON, DEPUTY SHERIFF M. L. WHITE

**ORDER**

IT IS SO ORDERED.

Dated: June 28, 2007

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

**Randolph Cregger & Chalfant**

STIPULATION OF DISMISSAL

2